# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALEX SANDERS

NO. 2026 KW 0250

**APRIL 20, 2026**

---

In Re:   Alex Sanders, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-02500.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT WITH ORDER.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on September 5, 2025, the district court dismissed relator's application for postconviction relief, filed in 2024. The East Baton Rouge Parish Clerk of Court is ordered to forward a copy of the September 5, 2025 ruling on relator's application for postconviction relief, if it has not already done so. In the event relator elects to file a new application with this court seeking review of the dismissal of his application for postconviction relief, he may do so without the necessity of obtaining a return date. The application shall be filed on or before June 22, 2026, and must include a copy of this ruling and copies of the application for postconviction relief, the district court's ruling thereon, the State's response, the commissioner's report, the indictment, the **Boykin** transcript, the relevant criminal court minutes, and any other pertinent documents from the district court record.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT